CO-386
10/2018

# United States District Court
# For the District of Columbia

Doc Society, et al.  )
 )
 )
 )
   vs   Plaintiff  )   Civil Action No. __19-cv-03632-TJK____
 )
Pompeo, et al.  )
 )
 )
   Defendant  )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __the plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __the plaintiffs_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__1015491_____   __Carrie DeCell_____
BAR IDENTIFICATION NO.   Print Name

 __475 Riverside Drive, Suite 302_____
 Address

 __New York, NY 10115_____
 City      State      Zip Code

 __(646) 745-8500_____
 Phone Number