UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL R. POMPEO, in his official capacity as Secretary of State; and CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security,<br><br>Defendants. | Case No. 1:19-cv-03632 |

**[Proposed] ORDER**

Upon consideration of the motion to admit Leena Charlton to appear in this action, *pro hac vice*, it is hereby ORDERED that the motion is granted.

Date: _____

_____
Honorable Timothy J. Kelly
United States District Judge