Civil Action No. 19-3632-TJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael R. Pompeo, in his official capacity as Secretary of State
was received by me on *(date)* 12/06/2019 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
I served Michael R. Pompeo in his official capacity by serving the United States (see below) and by mailing a copy of the summons and of the complaint by USPS certified mail to Mr. Pompeo on 12/06/2019. Please see the attached USPS receipt and delivery confirmation which show that the summons and complaint were delivered to Mr. Pompeo on 12/11/2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 12/17/2019

_____
*Server's signature*

Helen Zhong, Administrative Coordinator and Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by (1) mailing a copy of the complaint and of all summonses by USPS certified mail to the Attorney General of the United States on 12/06/2019 and (2) mailing a copy of the complaint and of all summonses to the civil process clerk at the U.S. attorney's office for the District of Columbia, by USPS certified mail on 12/06/2019. Please see the attached USPS receipt and delivery confirmation which show that the summonses and complaint were delivered on 12/11/2019.



Remove ✕

**Tracking Number:** 70182290000117376626

Your item was delivered at 5:29 am on December 11, 2019 in WASHINGTON, DC 20530.

## ⊘ Delivered

December 11, 2019 at 5:29 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates　⌄

---

Tracking History　⌄

---

Product Information　⌄

---

See Less ⌃

Remove ✕

**Tracking Number:** 70182290000117376633

Your item was delivered to an individual at the address at 12:14 pm on December 10, 2019 in WASHINGTON, DC 20528.

 Delivered

December 10, 2019 at 12:14 pm
Delivered, Left with Individual
WASHINGTON, DC 20528

Get Updates ∨

See More ∨

Remove ✕

**Tracking Number:** 70182290000117376602

Your item was delivered at 5:50 am on December 11, 2019 in WASHINGTON, DC 20521.

 Delivered

December 11, 2019 at 5:50 am
Delivered
WASHINGTON, DC 20521

Get Updates ∨

See More ∨

Remove ✕

Case 1:19-cv-03632-TJK   Document 13   Filed 12/17/19   Page 5 of 5

**Tracking Number:** 70182290000117376596

Your item was delivered at 5:29 am on December 11, 2019 in WASHINGTON, DC 20530.

✓ **Delivered**

December 11, 2019 at 5:29 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

See More ∨

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**