AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-03632 |
| _____ | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs                                                                                                               .

Date:     12/18/2019                                                                s/ Leena Charlton
                                                                                          *Attorney's signature*

                                                                    Leena Charlton (N.Y. Bar No. 5622147)
                                                                                  *Printed name and bar number*


                                                                    _____
                                                                                          *Address*

                                                                    leena.charlton@knightcolumbia.org
                                                                                    *E-mail address*

                                                                                   646-745-8500
                                                                                 *Telephone number*

                                                                    _____
                                                                                       *FAX number*