Civil Action No. 19-3632-TJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____see note below_____
was received by me on *(date)* __12/06/2019__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
I mailed a copy of the complaint and of all summonses by USPS certified mail to the Attorney General of the United States on 12/06/2019.  Please see the attached USPS receipt and delivery confirmation which show that the summonses and complaint were delivered on 12/11/2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: __12/19/2019__

*Server's signature*

Helen Zhong, Administrative Coordinator and Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:



**Tracking Number:** 70182290000117376626

Remove ✕

Your item was delivered at 5:29 am on December 11, 2019 in WASHINGTON, DC 20530.

⊘ **Delivered**

December 11, 2019 at 5:29 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

Remove ✕

**Tracking Number:** 70182290000117376633

Your item was delivered to an individual at the address at 12:14 pm on December 10, 2019 in WASHINGTON, DC 20528.

✓ **Delivered**

December 10, 2019 at 12:14 pm
Delivered, Left with Individual
WASHINGTON, DC 20528

Get Updates ⌄

See More ⌄

Remove ✕

**Tracking Number:** 70182290000117376602

Your item was delivered at 5:50 am on December 11, 2019 in WASHINGTON, DC 20521.

✓ **Delivered**

December 11, 2019 at 5:50 am
Delivered
WASHINGTON, DC 20521

Get Updates ⌄

See More ⌄

Remove ✕

**Tracking Number:** 70182290000117376596

Your item was delivered at 5:29 am on December 11, 2019 in WASHINGTON, DC 20530.

## ⊘ Delivered

December 11, 2019 at 5:29 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

See More ∨

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**