Civil Action No. 19-3632-TJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____see note below_____
was received by me on *(date)* __12/06/2019__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
I mailed a copy of the complaint and of all summonses by USPS certified mail to the to the civil process clerk at the U.S. attorney's office for the District of Columbia on 12/06/2019. Please see the attached USPS receipt and delivery confirmation which show that the summonses and complaint were delivered on 12/11/2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: __12/19/2019__

_____
Server's signature

Helen Zhong, Administrative Coordinator and Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:



Remove ✕

## Tracking Number: 70182290000117376626

Your item was delivered at 5:29 am on December 11, 2019 in WASHINGTON, DC 20530.

## ✓ Delivered

December 11, 2019 at 5:29 am  
Delivered  
WASHINGTON, DC 20530

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

Remove ✕

**Tracking Number:** 70182290000117376633

Your item was delivered to an individual at the address at 12:14 pm on December 10, 2019 in WASHINGTON, DC 20528.



## Delivered

December 10, 2019 at 12:14 pm
Delivered, Left with Individual
WASHINGTON, DC 20528

Get Updates ∨

See More ∨

Remove ✕

**Tracking Number:** 70182290000117376602

Your item was delivered at 5:50 am on December 11, 2019 in WASHINGTON, DC 20521.

## Delivered

December 11, 2019 at 5:50 am
Delivered
WASHINGTON, DC 20521

Get Updates ∨

See More ∨

Remove ✕

**Tracking Number:** 70182290000117376596

Your item was delivered at 5:29 am on December 11, 2019 in WASHINGTON, DC 20530.

## ⊘ Delivered

December 11, 2019 at 5:29 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

See More ⌄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**