AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-3632-TJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael R. Pompeo, in his official capacity as Secretary of State
was received by me on *(date)* 12/06/2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
I served Michael R. Pompeo in his official capacity by serving the United States (see below) and by mailing a copy of the summons and of the complaint by USPS certified mail to Mr. Pompeo on 01/03/2020. Please see the attached USPS receipt and delivery confirmation which show that the summons and complaint were delivered to Mr. Pompeo on 01/10/2020.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 01/16/2020

Server's signature

Helen Zhong, Administrative Coordinator/Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:

A proof of service was filed on 12/17/2019, but service was executed to the wrong address. This proof is for redelivery to the corrected address.

I served the United States by (1) mailing a copy of the complaint and of all summonses by USPS certified mail to the Attorney General of the United States on 12/06/2019 and (2) mailing a copy of the complaint and of all summonses to the civil process clerk at the U.S. attorney's office for the District of Columbia, by USPS certified mail on 12/06/2019. Please see the attached USPS receipt and delivery confirmation which show that the summonses and complaint were delivered on 12/11/2019.



**Tracking Number:** 70182290000117376640

Remove ✕

Your item was delivered at 6:10 am on January 10, 2020 in WASHINGTON, DC 20521.

## ✓ Delivered

January 10, 2020 at 6:10 am
Delivered
WASHINGTON, DC 20521

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530   OFFICIAL USE

| Certified Mail Fee | $3.50 | 0036 07 |
|---|---|---|
| $ | $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.45 | |
| $ | | |
| Total Postage and Fees | $4.95 | 12/06/2019 |

Sent To: Civil Process Clerk (US-A office)
Street and Apt. No., or PO Box No.: 555 4th Street, NW
City, State, ZIP+4®: Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 2290 0001 1737 6599

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530   OFFICIAL USE

| Certified Mail Fee | $3.50 | 0036 07 |
|---|---|---|
| $ | $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.45 | |
| $ | | |
| Total Postage and Fees | $4.95 | 12/06/2019 |

Sent To: Attorney General Barr (DOJ)
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4®: Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 2290 0001 1737 6596

**Tracking Number:** 70182290000117376626

Remove ✕

Your item was delivered at 5:29 am on December 11, 2019 in WASHINGTON, DC 20530.

✓ **Delivered**

December 11, 2019 at 5:29 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

Remove ✕

**Tracking Number:** 70182290000117376596

Your item was delivered at 5:29 am on December 11, 2019 in WASHINGTON, DC 20530.

## ✓ Delivered

December 11, 2019 at 5:29 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

**See More** ⌄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**