# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY, INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL R. POMPEO, in his official capacity as Secretary of State, CHAD. F. WOLF, in his official capacity as Acting Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 19-cv-3632 (TJK) |

## CONSENT MOTION FOR AMENDMENT OF BRIEFING SCHEDULE

Plaintiffs Doc Society and International Documentary Association commenced the above-captioned action challenging a Department of State requirement that applicants for U.S. visas register their social media identifiers with the U.S. Government (the "Registration Requirement"). Compl., ECF No. 1. The lawsuit names as Defendants Michael R. Pompeo, in his official capacity as Secretary of State, and Chad F. Wolf, in his official capacity as Acting Secretary of Homeland Security. The Plaintiffs allege, among other things, that the Registration Requirement violates the Administrative Procedure Act, exceeds the Secretary of State's authority under the Immigration and Nationality Act, and violates the First Amendment to the United States Constitution. *See id*., Counts I-II.

Defendants anticipate responding to Plaintiffs' Complaint by filing a motion to dismiss, and Plaintiffs expressly reserve all rights to challenge Defendants' arguments for dismissal. On January 31, 2020, the Court entered the parties' proposed briefing schedule. 1/31/2020 Minute Order. Thereafter, in response to a consent motion to extend the schedule, the Court entered an amended

schedule under which Defendants' motion to dismiss is due on March 16, 2020.  2/21/2020 Minute Order.  Undersigned Defense counsel, however, is leaving the Department of Justice for other employment and this case is currently in the process of being reassigned to a new attorney.  In order to allow time for this transition to take place, Defendants respectfully request a two-week extension and that their motion be due on March 30, 2020, with a corresponding extension to the remaining dates in the briefing schedule.  Defendants submit that Plaintiffs will not be prejudiced by the extension.  Pursuant to Local Civil Rule 7(m), the parties have conferred and Plaintiffs' counsel has indicated that Plaintiffs consent to the extension request.  Accordingly, Defendants respectfully request entry of the following amended briefing schedule, which they submit will promote the orderly and efficient resolution of Defendants' motion to dismiss and Plaintiffs' opposition thereto:

- Defendants' response to Plaintiffs' Complaint, which Defendants have indicated will be a Motion to Dismiss, shall be filed no later than March 30, 2020.
- Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be filed no later than May 11, 2020.
- Amicus briefs shall be filed no later than May 12, 2020.
- Defendants' Reply in support of their Motion to Dismiss shall be filed no later than May 26, 2020.

A proposed order is attached herewith.

Dated:  March 11, 2020                                  Respectfully submitted,

                                                        JOSEPH H. HUNT
                                                        Assistant Attorney General

                                                        ANTHONY J. COPPOLINO
                                                        Deputy Branch Director

                                                         /s/ *Nicholas Cartier*
                                                        NICHOLAS CARTIER
                                                        Trial Attorney (DC Bar # 495850)

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel:  (202) 616-8351
Fax:  (202) 616-8470
E-mail:  Nicholas.Cartier@usdoj.gov

*Counsel for Defendants*