## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL R. POMPEO, in his official capacity as Secretary of State; and CHAD. F. WOLF, in his official capacity as Acting Secretary of Homeland Security,<br><br>    Defendants. | Civil Action No. 19-cv-3632 (TJK) |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendants hereby respectfully request that the Court dismiss all claims in the Complaint for lack of jurisdiction or, in the alternative, for failure to state a claim under Rule 12(b)(6).  The reasons in support of Defendants' motion are set forth in the attached Memorandum in support of Defendants' motion.

Dated:  April 15, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

  /s/ Nathan M. Swinton
NATHAN M. SWINTON
JOSEPH J. DEMOTT
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005

Tel:  (202) 305-7667
Fax:  (202) 616-8470
E-mail:  Nathan.M.Swinton@usdoj.gov

*Counsel for Defendants*