## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>MICHAEL R. POMPEO, in his official capacity as Secretary of State; and CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security,<br><br>        Defendants. | Case No. 1:19-cv-03632-TJK |

**UNOPPOSED MOTION BY ELECTRONIC FRONTIER FOUNDATION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

Pursuant to this Court's order on January 31, 2020, the Electronic Frontier Foundation (EFF) seeks leave to file an *amicus curiae* brief in support of Plaintiffs' opposition to Defendants' motion to dismiss in the above-captioned case. The parties consent to EFF filing this brief.

EFF is a member-supported, nonprofit civil liberties organization that has worked for 30 years to protect free speech, privacy, security, and innovation in the digital world. EFF, with over 30,000 members, represents the interests of technology users in court cases and broader policy debates surrounding the application of law to the Internet and other technologies. In the *amicus* brief, EFF identifies additional First Amendment interests that social media users possess apart from those argued by Plaintiffs. The brief argues that social media users have privacy and related free speech interests in shielding their public profiles from government scrutiny. We argue that due to the intricately networked nature of social media and the complexities of how social media platforms function, including their privacy settings, the

government can glean vast amounts of personal information about visa applicants and those in their social networks, including U.S. persons. Thus, Defendants' social media surveillance program may chill visa applicants and their social media associates from freely engaging in speech and associational activities on social media. To support these arguments, the brief also provides a detailed explanation of the functionalities of three popular social media platforms (Facebook, Instagram, and Twitter).

Therefore, EFF respectfully requests leave to file the attached *amicus* brief.

Dated: May 28, 2020                            Respectfully submitted,


/s/ *Mitchell L. Stoltz*
Mitchell L. Stoltz
Sophia Cope (*pro hac vice* application pending)
Saira Hussain (*pro hac vice* application pending)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
sophia@eff.org
saira@eff.org
(415) 436-9333 phone
(415) 436-9993 fax

*Counsel for Amicus Curiae Electronic Frontier Foundation*