IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MICHAEL R. POMPEO, in his official capacity as Secretary of State; and CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security,<br><br>　　　　Defendants. | Case No. 1:19-cv-03632-TJK |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for *Amicus Curiae* Electronic Frontier Foundation certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of *Amicus Curiae* Electronic Frontier Foundation which have any outstanding securities in the hands of the public:

　　None.

Dated: May 28, 2020　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　By: /s/ *Mitchell L. Stoltz*
　　　　　　　　　　　　　　　　　　　　　　　Mitchell L. Stoltz
　　　　　　　　　　　　　　　　　　　　　　　Sophia Cope (CA Bar No. 233428)
　　　　　　　　　　　　　　　　　　　　　　　(*pro hac vice* pending)
　　　　　　　　　　　　　　　　　　　　　　　Saira Hussain (CA Bar No. 300326)
　　　　　　　　　　　　　　　　　　　　　　　(*pro hac vice* pending)
　　　　　　　　　　　　　　　　　　　　　　　Electronic Frontier Foundation
　　　　　　　　　　　　　　　　　　　　　　　815 Eddy Street
　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94109
　　　　　　　　　　　　　　　　　　　　　　　Tel.: (415) 436-9333
　　　　　　　　　　　　　　　　　　　　　　　sophia@eff.org
　　　　　　　　　　　　　　　　　　　　　　　saira@eff.org

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Amicus Curiae*

*Electronic Frontier Foundation*