UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOC SOCIETY and INTERNATIONAL
DOCUMENTARY ASSOCIATION,

        Plaintiffs,

    v.

ANTONY BLINKEN, in his official capacity
as Secretary of State, and ALEJANDRO
MAYORKAS, in his official capacity as
Secretary of Homeland Security,

        Defendants.

Civil Case No. 19-cv-3632 (TJK)

## NOTICE

Plaintiffs write to inform the Court of a recent decision by the Office of Information and Regulatory Affairs ("OIRA") relevant to the above-captioned matter. As the Court is aware, this case involves a challenge to the Department of State's social media registration requirement. The Court stayed this case on March 23, 2021, in light of the Biden administration's revocation of Executive Order 13,780 and its decision to review the current use of social media identifiers in the screening and vetting process. That review is ongoing. We write to alert the Court that on April 2, 2021, OIRA rejected an information collection request from the Department of Homeland Security that would have allowed the agency to implement a social media registration requirement almost identical to the one that the Department of State defends in this case. The supporting statement for that request is attached as Exhibit A. The text of OIRA's rejection is attached as Exhibit B.

April 23, 2021                                             Respectfully submitted,

/s/ *Faiza Patel*  
Faiza Patel*  
Harsha Panduranga*  
Brennan Center for Justice  
    at NYU School of Law  
120 Broadway, Suite 1750  
New York, NY 10271  
patelf@brennan.law.nyu.edu  
(646) 292-8310  

/s/ *Anna Diakun*  
Anna Diakun*  
Carrie DeCell (D.C. Bar No. 1015491)  
Jameel Jaffer (D.C. Bar No. MI0067)  
Katie Fallow*  
Knight First Amendment Institute  
    at Columbia University  
475 Riverside Drive, Suite 302–304  
New York, NY 10115  
anna.diakun@knightcolumbia.org  
(646) 745-8500  

/s/ *Rachel Levinson-Waldman*  
Rachel Levinson-Waldman*  
Brennan Center for Justice  
    at NYU School of Law  
1140 Connecticut Avenue, NW  
11th Floor, Suite 1150  
Washington, D.C. 20036  
levinsonr@brennan.law.nyu.edu  
(202) 249-7190  

/s/ *Paul C. Curnin*  
Paul C. Curnin*  
Sarah Eichenberger (D.C. Bar No. D00430)  
Simpson Thacher & Bartlett LLP  
425 Lexington Avenue  
New York, NY 10017  
pcurnin@stblaw.com  
(212) 455-2000  

*admitted *pro hac vice*

*Counsel for the Plaintiffs*