# Exhibit B

# NOTICE OF OFFICE OF MANAGEMENT AND BUDGET ACTION

Date    04/02/2021

Department of Homeland Security
Office of the Secretary

FOR CERTIFYING OFFICIAL:     Eric Hysen
FOR CLEARANCE OFFICER:       Tyrone Huff

In accordance with the Paperwork Reduction Act, OMB has taken action on your request received 07/21/2020

ACTION REQUESTED:     New collection (Request for a new OMB Control Number)
TYPE OF REVIEW REQUESTED:    Regular
ICR REFERENCE NUMBER:        202007-1601-001
AGENCY ICR TRACKING NUMBER:
TITLE:     Generic Clearance for the Collection of Social Media Information on Immigration and Foreign Travel Forms

OMB ACTION:     Disapproved
OMB CONTROL NUMBER:     None Assigned

EXPIRATION DATE:     Not Applicable            DISCONTINUE DATE:

| | |
|---|---|
| COMMENT: | OIRA has disapproved this information collection request in part because the agency has not adequately demonstrated the practical utility of collecting this information. Notably, the Executive Order directing the collection of this information has also been rescinded. Should the agency desire to submit a similar proposal in the future, it must demonstrate the practical utility of collecting it and demonstrate that such utility outweighs the costs - both monetary and social - of doing so. |
| OMB Authorizing Official: | Dominic J. Mancini |
| | Deputy and Acting Administrator, |
| | Office Of Information And Regulatory Affairs |