IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY, INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,[1]<br><br>Defendants. | Civil Action No. 19-cv-3632 (TJK) |

## STATUS REPORT

Defendants respectfully submit this status report pursuant to the Court's minute order of March 23, 2021. At this time, the Government does not anticipate taking any action that would moot the above-captioned case.

Dated: May 28, 2020

Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

*/s/ Joseph DeMott*
JOSEPH DEMOTT (Virginia Bar No. 93981)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

---

[1] Secretary Blinken and Secretary Mayorkas have automatically been substituted as official-capacity defendants pursuant to Federal Rule of Civil Procedure 25(d).

                                        Telephone: (202) 514-3367
                                        Facsimile: (202) 616-8460
                                        E-mail: Joseph.DeMott@usdoj.gov