IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY, INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 19-cv-3632 (TJK) |

**JOINT MOTION TO EXTEND STAY**

In this case, Plaintiffs challenge a Government policy requiring most applicants for immigrant and nonimmigrant visas to disclose their social media identifiers for twenty social media platforms. On March 23, 2021, the Court stayed the case *sua sponte*, observing that the Government was actively reviewing its current use of social media identifiers in screening and vetting visa applicants. *See* Minute Order of March 23, 2021. The Court ordered the Government to "file a status report by May 28, 2021, indicating whether it anticipates taking any action that moots the case." *Id.* On May 28, pursuant to the Court's order, the Government filed a status report stating, "[a]t this time, the Government does not anticipate taking any action that would moot the above-captioned case." ECF No. 51. The case remains stayed "until further order of the Court." Minute Order of March 23, 2021.

The Government hereby informs the Court that the challenged policies remain under review. The Government cannot predict the outcome of this policy review, *see* ECF No. 51, but will notify the Court when the policy review is complete. Having met and conferred, the parties jointly move

that the current stay remain in place for 45 days.  The parties propose filing a joint status report in 45 days to inform the Court of any developments.

| | |
|---|---|
| Dated:  July 1, 2021 | Respectfully submitted, |
| /s/ Carrie DeCell<br>Carrie DeCell (D.C. Bar No. 1015491)<br>Jameel Jaffer (D.C. Bar No. MI0067)<br>Katie Fallow*<br>Anna Diakun*<br>Xiangnong Wang*<br>Knight First Amendment Institute<br>    at Columbia University<br>475 Riverside Drive, Suite 302–304<br>New York, NY 10115<br>carrie.decell@knightcolumbia.org<br>(646) 745-8500 | BRIAN BOYNTON<br>Acting Assistant Attorney General<br><br>ANTHONY J. COPPOLINO<br>Deputy Branch Director<br><br>/s/ Joseph DeMott<br>JOSEPH DEMOTT (Virginia Bar No. 93981)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 514-3367<br>Facsimile: (202) 616-8460<br>E-mail: Joseph.DeMott@usdoj.gov |

/s/ Faiza Patel
Faiza Patel*
Harsha Panduranga*
Brennan Center for Justice
    at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
patelf@brennan.law.nyu.edu
(646) 292-8310

/s/ Rachel Levinson-Waldman
Rachel Levinson-Waldman*
Brennan Center for Justice
    at NYU School of Law
1140 Connecticut Avenue, NW
11th Floor, Suite 1150
Washington, D.C. 20036
levinsonr@brennan.law.nyu.edu
(202) 249-7190

/s/ Paul C. Curnin
Paul C. Curnin*
Sarah Eichenberger (D.C. Bar No. D00430)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

pcurnin@stblaw.com
(212) 455-2000

*admitted *pro hac vice*

*Counsel for the Plaintiffs*