IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY, INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 19-cv-3632 (TJK) |

## JOINT STATUS REPORT

In this case, Plaintiffs challenge a Government policy requiring most applicants for immigrant and nonimmigrant visas to disclose their social media identifiers for twenty social media platforms.  On March 23, 2021, the Court stayed the case *sua sponte*, observing that the Government was actively reviewing its current use of social media identifiers in screening and vetting visa applicants.  *See* Minute Order of March 23, 2021.  On July 1, 2021, the Government informed the Court that the challenged policies remained under review, and the parties jointly moved that the stay remain in place for an additional 45 days.  *See* Jt. Mot. to Extend Stay, ECF No. 52.  The Court granted the parties' joint motion and ordered the parties to file a joint status report by August 16, 2021.  *See* Minute Order of July 2, 2021.  Pursuant to that order:

The Government hereby informs the Court that the challenged policies are still under review.  The Government cannot predict the outcome of this policy review, but it anticipates completing the policy review within 60 days and will notify the Court when the review has been completed.

In light of the foregoing, the parties agree that the current stay should remain in place for no more than 60 days. The parties propose filing a further joint status report within 60 days.

Dated: August 16, 2021

 /s/ Carrie DeCell
Carrie DeCell (D.C. Bar No. 1015491)
Jameel Jaffer (D.C. Bar No. MI0067)
Katie Fallow*
Anna Diakun*
Xiangnong Wang*
Knight First Amendment Institute
    at Columbia University
475 Riverside Drive, Suite 302–304
New York, NY 10115
carrie.decell@knightcolumbia.org
(646) 745-8500

 /s/ Faiza Patel
Faiza Patel*
Harsha Panduranga*
Brennan Center for Justice
    at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
patelf@brennan.law.nyu.edu
(646) 292-8310

 /s/ Rachel Levinson-Waldman
Rachel Levinson-Waldman*
Brennan Center for Justice
    at NYU School of Law
1140 Connecticut Avenue, NW
11th Floor, Suite 1150
Washington, D.C. 20036
levinsonr@brennan.law.nyu.edu
(202) 249-7190

 /s/ Paul C. Curnin
Paul C. Curnin*
Sarah Eichenberger (D.C. Bar No. D00430)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

 /s/ Joseph DeMott
JOSEPH DEMOTT (Virginia Bar No. 93981)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-3367
Facsimile: (202) 616-8460
E-mail: Joseph.DeMott@usdoj.gov

pcurnin@stblaw.com
(212) 455-2000

*admitted *pro hac vice*

*Counsel for the Plaintiffs*