IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY, INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>*Plaintiffs*,<br><br>vs.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 19-cv-3632 (TJK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE of the substitution of counsel for Defendants. Hannah M. Solomon-Strauss, an attorney with the United States Department of Justice, Civil Division, hereby enters her appearance and will replace Joseph DeMott. Mr. DeMott should be withdrawn as counsel for the defendant.

Dated: February 8, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Assistant Director
Federal Programs Branch

*/s/ Hannah M. Solomon-Strauss*
HANNAH M. SOLOMON-STRAUSS
Trial Attorney (New York Bar No. 5693890)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Telephone: (202) 616-8198
Facsimile: (202) 616-8470

                E-mail: hannah.m.solomon-strauss@usdoj.gov

                *Counsel for Defendant*