UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 19-cv-3632 (TJK) |

**DECLARATION OF JOSHUA POLSTER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Joshua Polster, hereby declare as follows:

1. My full name is Joshua Polster.

2. I am an attorney at Simpson Thacher & Bartlett LLP. My office address is: 425 Lexington Avenue, New York, NY 10017. My phone number is: (212) 355-2266.

3. I am a member of the bar of the State of New York (Bar No. 49995700) and am admitted to practice before the U.S. District Courts for the Southern District of New York and the Eastern District of New York.

4. My Certificate of Good Standing for the State of New York is attached hereto as Exhibit A.

5. I have not been disciplined by any state or federal bar and there are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

6. In the past two years, I have not been admitted *pro hac vice* to the U.S. District Court for the District of Columbia. I was admitted *pro hac vice* to the U.S. District Court for the District of Columbia on August 13, 2019 in *Make the Road New York v. McAleenan*, No. 1:19-cv-02369, and I have filed documents in that case within the past two years. The case is now closed.

7. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia bar, and I do not have an application for membership pending.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 5 day of July, 2023 in New York, NY.

Joshua Polster
Simpson Thacher & Bartlett LLP
425 Lexington Ave, NY, NY 10017
Joshua.polster@stblaw.com
(212) 455-2266

# Exhibit A



Appellate Division of the Supreme Court
of the State of New York
Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Joshua C. Polster

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 23, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on June 26, 2023.

*Maria T. Fasulo*

Clerk of the Court

CertID-00125369