# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>Defendants. | Case No. 19-cv-3632 (TJK) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF EMILE AYOUB AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Rule 83.2(c) of the Local Rules of this Court, I hereby move for the admission *pro hac vice* of Emile Ayoub, an attorney with the Brennan Center for Justice at New York University School of Law, located at 120 Broadway #1750, New York, NY 10271, and a member of the state bar of California, as additional counsel for the plaintiffs in this case. Mr. Ayoub's declaration is filed herewith.

Dated: July 6, 2023

Respectfully submitted,

*/s/ Adrienne Baxley*
Adrienne Baxley (D.C. Bar No. 1044750)
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington D.C. 20001
adrienne.baxley@stblaw.com
(202) 636-5503

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br>　　　　Plaintiffs,<br>　　v.<br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br>　　　　Defendants. | Civil Action No. 19-cv-3632 (TJK) |

**[PROPOSED] ORDER**

　　Upon consideration of the motion to admit Emile Ayoub to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.

DATED: _____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. TIMOTHY J. KELLY
　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

I certify that on July 6, 2023, I caused the foregoing Motion for Admission *Pro Hac Vice* to be served on all parties via this Court's Electronic Case Filing system.

Dated: July 6, 2023                                    */s/ Adrienne Baxley*
                                                                    Adrienne Baxley