UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>        Defendants. | Case No. 19-cv-3632 (TJK) |

## **DECLARATION OF EMILE AYOUB**

Pursuant to Rule 83.2(c) of the Local Rules of this Court, I, Emile Ayoub, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Emile George Ayoub.

2. I am an attorney with the Brennan Center for Justice at New York University School of Law. My office is located at 120 Broadway #1750, New York, NY 10271. My office telephone number is (646) 925-8706.

3. I have been admitted to practice before the courts listed in "Attachment A" to this declaration.

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted to practice in this Court *pro hac vice* within the last two years.

6. I am not a member of District of Columbia Bar.

I certify under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*(signature)*

Emile G. Ayoub
Brennan Center for Justice
   at NYU School of Law
120 Broadway #1750
New York, NY 10271
(646) 925-8706
ayoube@brennan.law.nyu.edu

*Counsel for Plaintiffs*

Dated: June 27, 2023

Attachment A

Emile Ayoub
Court Admissions

| Court | Date Admitted | Address |
|---|---|---|
| Bar of California | December 16, 2016 | 180 Howard St. San Francisco, CA 94105 |
| United States District Court for the Central District of California | May 14, 2020 | 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565 |
| United States District Court for the Southern District of California | March 30, 2021 | 333 West Broadway San Diego, CA 92101 |

# Exhibit A

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

June 20, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EMILE G. AYOUB, #314114 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 2016 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records