UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>  Defendants. | Civil Action No. 19-cv-3632 (TJK) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF EVAN GILBERT AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2, I hereby move the admission, *pro hac vice*, of Evan Gilbert, of Simpson Thacher & Bartlett LLP, New York, NY, as counsel for Plaintiffs in this case. A declaration from Evan Gilbert is submitted in support of this motion.

Dated: July 6, 2023

Respectfully submitted,

*/s/ Adrienne Baxley*
Adrienne Baxley (D.C. Bar No. 1044750)
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington D.C. 20001
adrienne.baxley@stblaw.com
(202) 636-5503

1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>    Defendants. | Civil Action No. 19-cv-3632 (TJK) |

## [PROPOSED] ORDER

Upon consideration of the motion to admit Evan Gilbert to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.

DATED: _____

                                           HON. TIMOTHY J. KELLY
                                           United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that on July 6, 2023, I caused the foregoing Motion for Admission *Pro Hac Vice* to be served on all parties via this Court's Electronic Case Filing system.

Dated: July 6, 2023                                                                 */s/ Adrienne Baxley*
                                                                                                Adrienne Baxley