**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DOC SOCIETY and INTERNATIONAL
DOCUMENTARY ASSOCIATION,

       Plaintiffs,

   v.

ANTONY J. BLINKEN, in his official
capacity as Secretary of State, and
ALEJANDRO N. MAYORKAS, in his
official capacity as Secretary of Homeland
Security,

       Defendants.

Civil Action No. 19-cv-3632 (TJK)

## [PROPOSED] ORDER

Upon consideration of the Joint Motion to Lift the Stay of these proceedings by Plaintiffs

Doc Society and International Documentary Association ("Plaintiffs") and Defendants Antony

Blinken and Alejandro Mayorkas ("Defendants"), it is on this _____ day of _____,

2023, hereby:

**ORDERED** that the Joint Motion to Lift the Stay is **GRANTED**;

**FURTHER ORDERED** that the stay of these proceedings imposed by the Court's order

dated March 23, 2021, and extended on July 2, 2021 and August 18, 2021, is lifted.


DATED: _____

                              HON. TIMOTHY J. KELLY
                              United States District Judge