UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOC SOCIETY et al.,

    *Plaintiffs*,

v.

ANTONY J. BLINKEN, *in his official capacity as Secretary of State*, et al.,

    *Defendants*.

Civil Action No. 19-3632 (TJK)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF No. 31, is **GRANTED IN PART** and **DENIED IN PART**.  Insofar as the motion seeks dismissal for lack of subject-matter jurisdiction, it is **DENIED**.  Insofar as the motion seeks dismissal for failure to state a claim, it is **GRANTED**. It is further **ORDERED** that Plaintiffs' Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.  This is a final, appealable Order.  The Clerk of Court is directed to close the case.

    **SO ORDERED**.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: August 11, 2023