IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Acting Secretary of Homeland Security,<br><br>Defendants. | Civil Case No. 19-cv-3632 (TJK) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.6(b), notice is hereby given that the undersigned attorney, Evan Welber Falcón, withdraws his appearance as counsel for Plaintiffs in this matter, as September 4, 2023 will be his last day as a legal fellow at the Knight First Amendment Institute at Columbia University. Attorneys from the Knight First Amendment Institute at Columbia University, Brennan Center for Justice at NYU School of Law, and Simpson Thatcher & Bartlett LLP will continue to represent Plaintiffs in this matter, and no party will be prejudiced if this motion is granted.

Respectfully submitted,

*/s/ Evan Welber Falcón*

Evan Welber Falcón
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
evan.welberfalcon@knightcolumbia.org
(646) 745-8500

Dated: September 1, 2023

**CERTIFICATE OF SERVICE**

I, Evan Welber Falcón, hereby affirm that on September 1, 2023, I caused the foregoing Notice of Withdrawal of Appearance as Counsel for Plaintiff to be served on all parties via this Court's Electronic Case Filing system.

Dated: September 1, 2023          */s/ Evan Welber Falcón*
                                   Evan Welber Falcón