UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 19-cv-3632 (TJK) |

## NOTICE OF APPEAL

Notice is hereby given this 10th day of October, 2023, that Plaintiffs Doc Society and International Documentary Association hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order of this Court entered on August 11, 2023 (ECF Nos. 66, 67), dismissing Plaintiffs' Complaint (ECF No. 1) with prejudice and granting in part and denying in part Defendants' Motion to Dismiss (ECF No. 31).

October 10, 2023

Respectfully submitted,

/s/ *Faiza Patel*
Faiza Patel*
Emile Ayoub*
Brennan Center for Justice
　at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
patelf@brennan.law.nyu.edu
(646) 292-8310

/s/ *Carrie DeCell*
Carrie DeCell (D.C. Bar No. 1015491)
Jameel Jaffer (D.C. Bar No. MI0067)
Katie Fallow*
Anna Diakun*
Knight First Amendment Institute
　at Columbia University
475 Riverside Drive, Suite 302–304
New York, NY 10115
carrie.decell@knightcolumbia.org
(646) 745-8500

2

| | |
|---|---|
| /s/ *Rachel Levinson-Waldman* | /s/ *Joshua Polster* |
| Rachel Levinson-Waldman* | Joshua Polster* |
| Brennan Center for Justice | Evan Gilbert* |
|    at NYU School of Law | Simpson Thacher & Bartlett LLP |
| 1140 Connecticut Avenue, NW | 425 Lexington Avenue |
| 11th Floor, Suite 1150 | New York, NY 10017 |
| Washington, D.C. 20036 | joshua.polster@stblaw.com |
| levinsonr@brennan.law.nyu.edu | (212) 455-2000 |
| (202) 249-7190 | |

*admitted *pro hac vice*

*Counsel for Plaintiffs*