**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **DOCUMENT SOCIETY,** *et al.,* | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:19-cv-03632-TJK** |
| | ) | |
| **MARCO RUBIO, Secretary of State,** | ) | |
| *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

<u>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS**</u>

Please take notice of the appearance of

David M. Glass, DC Bar 544549
Senior Trial Counsel
Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, N.W., Room 12020
Washington, D.C. 20530
Tel: (202) 514-4469
E-mail: david.glass@usdoj.gov

as counsel for defendants in lieu of all other attorneys from the Department of Justice, Civil

Division, Federal Programs Branch, who have appeared previously as counsel for defendants in

this action.

Dated: September 3, 2025                Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

                                        STEPHEN M. ELLIOTT
                                        Assistant Director

s/ *David M. Glass*

DAVID M. GLASS, DC Bar 544549
Senior Trial Counsel
Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, N.W., Room 12020
Washington, D.C. 20530
Tel: (202) 514-4469
E-mail: david.glass@usdoj.gov
Attorneys for Defendants