UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>                Plaintiffs,<br><br>      v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>                Defendants. | Civil Case No. 19-cv-3632 (TJK) |

**JOINT STATUS REPORT**

      In this case, Plaintiffs challenge a Government policy requiring most applicants for immigrant and nonimmigrant visas to disclose their social media identifiers for twenty social media platforms. On August 11, 2023, the Court granted in part and denied in part Defendants' motion to dismiss. ECF Nos. 66–67. On review of that order and opinion, the Court of Appeals reversed this Court's determination that it had jurisdiction to hear Plaintiffs' claims as to the merits; vacated the remainder of the Court's order dismissing Plaintiffs' claims; and remanded the case for further proceedings, including the decision of whether Plaintiffs should be granted leave to amend their complaint. ECF No. 71; *see Doc Society v. Rubio*, 141 F.4th 1273 (D.C. Cir. 2025). On August 24, 2025, this Court ordered the parties to file a joint status report proposing a schedule for further proceedings, if any. Pursuant to that order:

      Plaintiffs inform the Court that, given that several years have passed since Plaintiffs filed their initial complaint, the circumstances of many of Plaintiffs' members and partners have

changed. Plaintiffs' counsel are currently consulting with Plaintiffs and their members and partners regarding their interest in seeking to amend their complaint and the updated allegations they might include in an amended complaint. To allow those discussions to continue, Plaintiffs respectfully propose to file another joint status report in 90 days, and to include in that report a proposed schedule for further proceedings, if any. Defendants agree to this proposal while maintaining their rights to oppose any motion for leave to amend the complaint, should Plaintiffs ultimately file one.

Dated: September 4, 2025

Respectfully submitted,

/s/ *Carrie DeCell*
Carrie DeCell (D.C. Bar No. 1015491)
Jameel Jaffer (D.C. Bar No. MI0067)
Katie Fallow*
Anna Diakun*
Knight First Amendment Institute
    at Columbia University
475 Riverside Drive, Suite 302–304
New York, NY 10115
carrie.decell@knightcolumbia.org
(646) 745-8500

/s/ *Faiza Patel*
Faiza Patel*
Brennan Center for Justice
    at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
patelf@brennan.law.nyu.edu
(646) 292-8310

/s/ *Rachel Levinson-Waldman*
Rachel Levinson-Waldman*
Brennan Center for Justice
    at NYU School of Law
1140 Connecticut Avenue, NW
11th Floor, Suite 1150
Washington, D.C. 20036
levinsonr@brennan.law.nyu.edu
(202) 249-7190

/s/ *Evan Gilbert*
Evan Gilbert*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
evan.gilbert@stblaw.com
(212) 455-2000

*admitted *pro hac vice*

*Counsel for the Plaintiffs*


BRETT A. SHUMATE
Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Director

s/ *David M. Glass*
DAVID M. GLASS, DC Bar 544549
Senior Trial Counsel
Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, N.W., Room 12020
Washington, D.C. 20530
Tel: (202) 514-4469
E-mail: david.glass@usdoj.gov
Attorneys for Defendants