UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>       Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>       Defendants. | Civil Action No. 19-cv-3632 (TJK) |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this case without prejudice.

Dated: December 3, 2025

Respectfully submitted,

*/s/ Carrie DeCell*
Carrie DeCell (D.C. Bar No. 1015491)
Jameel Jaffer (D.C. Bar No. MI0067)
Katie Fallow*
Anna Diakun*
Knight First Amendment Institute
    at Columbia University
475 Riverside Drive, Suite 302–304
New York, NY 10115
carrie.decell@knightcolumbia.org
(646) 745-8500

*/s/ Faiza Patel*
Faiza Patel*
Emile Ayoub*
Brennan Center for Justice
    at NYU School of Law

120 Broadway, Suite 1750
New York, NY 10271
patelf@brennan.law.nyu.edu
(646) 292-8310

*/s/ Rachel Levinson-Waldman*
Rachel Levinson-Waldman*
Brennan Center for Justice
   at NYU School of Law
1140 Connecticut Avenue, NW
11th Floor, Suite 1150
Washington, D.C. 20036
levinsonr@brennan.law.nyu.edu
(202) 249-7190

*/s/ Evan Gilbert*
Evan Gilbert*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
evan.gilbert@stblaw.com
(212) 455-2000

*admitted *pro hac vice*

*Counsel for the Plaintiffs*